# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FÖRSTA AP-FONDEN AND DANSKE INVEST MANAGEMENT A/S, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ST. JUDE MEDICAL, INC., DANIEL J. STARKS, JOHN C. HEINMILLER, ERIC S. FAIN, MICHAEL T. ROUSSEAU, and DONALD J. ZURBAY,<br><br>    Defendants. | Civil No. 12-3070 (JNE/HB)<br><br>**CLASS ACTION** |

**CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

111881

Class Representatives Första AP-fonden and Danske Invest Management A/S, on behalf of themselves and members of the Court-certified Class, respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order: (1) granting preliminary approval of the proposed settlement of the above-captioned action (the "Settlement") as embodied in the Stipulation and Agreement of Settlement dated July 7, 2016 (the "Stipulation"); (2) approving the proposed form and manner of providing notice of the Settlement to the Class; (3) appointing A.B. Data, Ltd. as Claims Administrator; (4) appointing The Huntington National Bank as the Escrow Agent for the Settlement proceeds; and (5) setting a schedule for completion of further Settlement-related proceedings, including providing notice to the Class and a final fairness hearing. Defendants will not be opposing this motion.

This motion is based on the supporting memorandum of law, the Stipulation and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented by the parties.

Dated: July 7, 2016                    Respectfully submitted,

  s/ *James W. Anderson*
Renae D. Steiner (No. 222392)
James W. Anderson (No. 0337754)
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN  55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Emails:    rsteiner@heinsmills.com
               janderson@heinsmills.com

*Liaison Counsel for the Class*

        Gregg S. Levin
        Joshua C. Littlejohn
        Michael J. Pendell
        Christopher F. Moriarty
        **MOTLEY RICE LLC**
        28 Bridgeside Blvd.
        Mt. Pleasant, SC  29464
        Telephone:(843) 216-9000
        Facsimile: (843) 216-9450
        Emails:    glevin@motleyrice.com
                        jlittlejohn@motleyrice.com
                        mpendell@motleyrice.com
                        cmoriarty@motleyrice.com

*Co-Class Counsel*

        Gregory M. Castaldo
        Daniel C. Mulveny
        Joshua E. D'Ancona
        Margaret E. Onasch
        **KESSLER TOPAZ MELTZER & CHECK, LLP**
        280 King of Prussia Road
        Radnor, PA  19087
        Telephone:(610) 667-7706
        Facsimile: (610) 667-7056
        Emails:    gcastaldo@ktmc.com
                        dmulveny@ktmc.com
                        jdancona@ktmc.com
                        monasch@ktmc.com

*Co-Class Counsel*