# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FÖRSTA AP-FONDEN AND DANSKE INVEST MANAGEMENT A/S, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ST. JUDE MEDICAL, INC., DANIEL J. STARKS, JOHN C. HEINMILLER, ERIC S. FAIN, MICHAEL T. ROUSSEAU, and DONALD J. ZURBAY,<br><br>Defendants. | Civil No. 12-3070 (JNE/HB)<br><br>**CLASS ACTION** |

**CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

112430

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Settlement Notice Procedures dated July 13, 2016, Class Representatives Första AP-fonden and Danske Invest Management A/S, on behalf of themselves and members of the Court-certified Class, respectfully move this Court for entry of an Order and Final Judgment approving the proposed Settlement of the above-captioned action as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

This motion is based on the supporting memorandum of law, the Declaration of Gregg S. Levin and Gregory M. Castaldo in Support of Class Representatives' Motion for Final Approval of Settlement and Plan of Allocation and Class Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement of Class Representatives' Costs and Expenses and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented by the parties at the hearing of this motion.

Proposed orders will be submitted with Class Representatives' reply submission on or before October 31, 2016, after the deadlines for objecting and opting back into the Class have passed.

Dated:  October 5, 2016                                Respectfully submitted,

                                                         s/ *James W. Anderson*
                                                       Renae D. Steiner (No. 222392)
                                                       James W. Anderson (No. 0337754)
                                                       **HEINS MILLS & OLSON, P.L.C.**
                                                       310 Clifton Avenue
                                                       Minneapolis, MN  55403

```
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Emails:    rsteiner@heinsmills.com
           janderson@heinsmills.com
```

*Liaison Counsel for the Class*

```
Gregg S. Levin
Joshua C. Littlejohn
Michael J. Pendell
Christopher F. Moriarty
```
**MOTLEY RICE LLC**
```
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Emails:    glevin@motleyrice.com
           jlittlejohn@motleyrice.com
           mpendell@motleyrice.com
           cmoriarty@motleyrice.com
```

*Co-Class Counsel*

```
Gregory M. Castaldo
Daniel C. Mulveny
Joshua E. D'Ancona
Margaret E. Onasch
```
**KESSLER TOPAZ MELTZER & CHECK, LLP**
```
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Emails:    gcastaldo@ktmc.com
           dmulveny@ktmc.com
           jdancona@ktmc.com
           monasch@ktmc.com
```

*Co-Class Counsel*

2